DAYLE ELIESON
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6546
FAX: (702) 388-5087
Kimberly.Frayn@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-408-JCM-VCF |
| Plaintiff, | **MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| JORGE OMAR FERNANDEZ, | |
| Defendant. | |

    The United States of America by DAYLE ELIESON, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant JORGE OMAR

1

FERNANDEZ contained in the Indictment in case number 2:17-cr-408-JCM-VCF.

DATED this 3rd day of April, 2018.

                                      Respectfully submitted,

                                      DAYLE ELIESON
                                      United States Attorney

                                      /s/ Kimberly M. Frayn
                                      KIMBERLY M. FRAYN
                                      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I, Kimberly M. Frayn, hereby certify that I am an employee of the United States Attorney's Office for the District of Nevada and further certify that a copy of the foregoing motion was served electronically upon counsel for the defendant by the EM/ECF electronic system.

                                      /s/ Kimberly M. Frayn
                                      KIMBERLY M. FRAYN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE OMAR FERNANDEZ,<br><br>Defendant. | Case No. 2:17-cr-408-JCM-VCF<br><br>**ORDER OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE** |

Pursant ant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant JORGE OMAR FERNANDEZ contained in the Indictment in case number 2:17-cr-408-JCM-VCF.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the charges brought against defendant JORGE OMAR FERNANDEZ contained in the Indictment in case number 2:17-cr-408-JCM-VCF.

DATED April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

3